Argued and submitted June 11, affirmed as
modified August 4, reconsideration denied September 11,
petition for review denied September 30, 1980 (289 Or 697)

In the Matter of the Marriage of
AMERSON,
*Appellant,*
*and*
AMERSON,
*Respondent.*

(No. 36149, CA 16256)

614 P2d 150

Allan F. Knappenberger, Portland, argued the cause for appellant. With him on the brief was Knappenberger, Tish & Shartel, Portland.

Brian W. O'Brien, Portland, argued the cause for respondent. With him on the brief was James T. Duncan, Portland.

Before Gillette, Presiding Judge, and Roberts and Campbell, Judge.

PER CURIAM

## PER CURIAM

The portion of the trial court's decree granting attorney's fees is deleted. In all other respects, the decree is affirmed.

Affirmed as modified. No costs to either party.